After filing his Notice of Appeal 26 February 1996, plaintiff failed to file an Industrial Commission Form 44, such filing being required by Workers' Compensation Rule 701 (2), or in any other way pursue the appeal.
Therefore, after careful consideration and for good cause shown, defendants' Motion to Dismiss Plaintiff's Appeal to the Full Commission is GRANTED, and said appeal is hereby DISMISSED.
No additional costs are assessed.
 S/ ______________________________ THOMAS J. BOLCH COMMISSIONER
CONCURRING:
S/ ________________________________ LAURA KRANIFELD MAVRETIC COMMISSIONER
S/ _________________________________ BERNADINE S. BALLANCE COMMISSIONER